## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANE STERLING** | § | **Docket No. 2:23-cv-04215** |
| | § | |
| | § | |
| **Versus** | § | **Judge: WENDY B. VITTER** |
| | § | |
| | § | |
| **ALLSTATE VEHICLE AND** | § | **Magistrate Judge: KAREN WELLS** |
| **PROPERTY INSURANCE COMPANY** | § | **ROBY** |

---

### VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss without Prejudice for the reasons set forth below.

1. Plaintiffs, SHANE STERLING and RAIYA WEBER, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 25, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Upon consulting with counsel at Daly & Black, P.C., undersigned counsel was advised that they had filed a claim in the Eastern District of Louisiana, docket number 2:23-cv-03187, regarding the same property and parties in the instant matter.

Accordingly, upon due consideration of the facts and law, undersigned counsel wishes to voluntarily dismiss this claim without prejudice so that Plaintiff may move forward in state court on this matter.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

*/s/ Mark Ladd*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com

Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**